# UNITED STATES DISTRICT COURT
for the
District of _____
_____ Division



**FILED**
DISTRICT COURT OF GUAM
DEC 19 2018
JEANNE G. QUINATA
CLERK OF COURT

Plaintiff(s): Washington D.C. Seattle City Manufacturing Inc. Jaydeen Catherine DelaCruz

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Navy Federal Credit Union Naval Base, Community First Federal Credit Union Hagatna Branch, Coast 360 Federal Credit Union Maite Branch, [Coast 360?] Federal Credit Union GCIC BLDG. Hagatna Branch

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

1st amendant

Case No. CV-00037
*(to be filled in by the Clerk's Office)*

8=18

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Jaydeen Catherine DelaCruz
- Street Address: P.O. BOX 5404
- City and County: Hagatna Gu,
- State and Zip Code: 96915
- Telephone Number: 671-565-2841/7517
- E-mail Address: jaydeendelacruz27@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: Navy Federal Credit Union
    Job or Title (if known): Manager Liberty/Naval Base
    Street Address: P.O. Box 3000
    City and County: Merrifield, VA
    State and Zip Code: 22119-3000
    Telephone Number: 1-888-842-6328
    E-mail Address (if known): navyfederal.org

Defendant No. 2
    Name: Community First Federal Credit Union
    Job or Title (if known): Manager
    Street Address: 235 Archbishop Flores Street Suite 102
    City and County: Hagatna GU
    State and Zip Code: 96910
    Telephone Number: 671-422-8210
    E-mail Address (if known): communityfirstfcu.com

Defendant No. 3
    Name: Coast 360 Federal Credit Union
    Job or Title (if known): Manager
    Street Address: 130 West Marine Drive
    City and County: Hagatna GU, Maite Branch
    State and Zip Code: 96910
    Telephone Number: 671-477-8736
    E-mail Address (if known): coast360.com

Defendant No. 4
    Name: PenFed Federal Credit Union
    Job or Title (if known): Manager Lynn Franklin
    Street Address: PenFed P.O. Box 1432
    City and County: Alexandria
    State and Zip Code: VA, 22312-2032
    Telephone Number: 1-800-247-5626
    E-mail Address (if known): penfed.org

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination, Fair Labor Standards, Injuction, Civil Rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Jaydeen C. Dela Cruz, is a citizen of the State of *(name)* Guam.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* Jaydeen Catherine DelaCruz, is incorporated under the laws of the State of *(name)* Guam, and has its principal place of business in the State of *(name)* Guam.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Navy Federal Credit Union, is a citizen of the State of *(name)* Guam. Or is a citizen of *(foreign nation)* Virginia, Merrifield

    b.    If the defendant is a corporation

The defendant, *(name)* **Guam**, is incorporated under the laws of the State of *(name)* **Guam**, and has its principal place of business in the State of *(name)* **VA, Merrifield**. Or is incorporated under the laws of *(foreign nation)* **Guam**, and has its principal place of business in *(name)* **Guam**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$980,000 The plaintiff is not entitled to P.O.A. Power of Attorney for Corporation need P.O.A./Limited Power of Attorney.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**$980 Trillion dollars defendant is really deliquent on Accounts. checks were returned for NSF Due to not avaible of funding into accounts. Check was referred to maker to the payee of the check. have to pay return fees for checks. have to go thorgh a Banking System.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[Handwritten at top of page:]* do not touch Anything, can't touch anything $980, nine hundred Eighty Zillion hundred thousand dollars.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 16th Dec. 2018

Signature of Plaintiff: *Jaydeen Catherine DelaCruz*
Printed Name of Plaintiff: Jaydeen Catherine DelaCruz

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____